UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:15-CR-20 RLM |
| | ) | |
| CURTIS BULLICK | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on March 31, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Curtis Bullick's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 661.

SO ORDERED.

ENTERED:   April 21, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana